USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
DI MA, individually and on behalf of all others similarly situated,

                Plaintiff,

- against -

PATHEON N.V., DANIEL AGROSKIN, CHARLES COGUT, PAMELA DALEY, PHILIP EYKERMAN, HANS PETER HASLER, WILLIAM B. HAYES, PAUL S. LEVY, JEFFREY P. MCMULLEN, JAMES C. MULLEN, STEPHAN TANDA, GARY PISANO, HUGH WELSH,

                Defendants.
---------------------------------x

Case No. 1:17-cv-04979-VEC

### STIPULATION AND ORDER CONCERNING PLAINTIFF'S VOLUNTARY DISMISSAL OF THE ABOVE ACTION WITH PREJUDICE

**WHEREAS**, on May 15, 2017, Patheon N.V. ("Patheon") and Thermo Fisher Scientific Inc. ("Thermo Fisher") announced that they had entered into an agreement and plan of merger (the "Merger Agreement"), whereby Patheon would be acquired by Thermo Fisher through its wholly-owned subsidiary, Thermo Fisher (CN) Luxembourg S.à r.l. ("Purchaser") (the "Proposed Transaction"). Pursuant to the terms of the Merger Agreement, Purchaser commenced a tender offer, scheduled to expire on August 10, 2017, to purchase all of the issue and outstanding shares of Patheon common stock for $35.00 per share (the "Tender Offer");

**WHEREAS**, on May 31, 2017, Patheon filed a Schedule 14D-9 Solicitation/Recommendation Statement (the "Recommendation Statement") with the

United States Securities and Exchange Commission ("SEC") in connection with the Proposed Transaction;

**WHEREAS**, on June 19, 2017, plaintiff Irwin Phillips filed a putative class action lawsuit on behalf of himself and other public stockholders of Patheon, alleging violations of Section 14(e), 14(d)(4) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and challenging the sufficiency of the disclosures made in the Recommendation Statement, captioned: *Phillips v. Patheon N.V. et al.*, C.A. No. 1:17-cv-04604-VEC;

**WHEREAS**, on June 20, 2017, plaintiff Matthew Sciabacucchi filed a putative class action lawsuit on behalf of himself and other public stockholders of Patheon, alleging violations of Section 14(e), 14(d)(4) and 20(a) of the Exchange Act and challenging the sufficiency of the disclosures made in the Recommendation Statement, captioned: *Sciabacucchi v. Patheon N.V. et al.*, C.A. No. 1:17-cv-04657-VEC;

**WHEREAS**, on June 22, 2017, plaintiff Stephen Bushansky filed a putative class action lawsuit on behalf of himself and other public stockholders of Patheon, alleging violations of Section 14(e), 14(d)(4) and 20(a) of the Exchange Act and challenging the sufficiency of the disclosures made in the Recommendation Statement, captioned: *Bushansky v. Patheon N.V. et al.*, C.A. No. 1:17-cv-04758-VEC;

**WHEREAS**, on June 30, 2017, plaintiff Di Ma filed a putative class action lawsuit on behalf of herself and other public stockholders of Patheon, alleging violations of Section 14(e), 14(d)(4) and 20(a) of the Exchange Act and challenging the sufficiency of the disclosures made in the Recommendation Statement, captioned: *Ma v. Patheon N.V. et al.*, C.A. No. 1:17-cv-04979-VEC;

**WHEREAS**, as a result of discussions between and among the plaintiffs ("Plaintiffs") and the defendants ("Defendants") (collectively, the "Parties") in each of the above-referenced actions (the "Actions"), it is agreed that, in consideration for the dismissal with prejudice of Plaintiffs' individual claims and the dismissal without prejudice of the claims asserted on behalf of the purported class of Patheon stockholders in the Actions, Patheon filed an amendment to the Recommendation Statement containing supplemental disclosures with the SEC on July 20, 2017 (the "Supplemental Disclosures"). The Defendants do not believe the Supplemental Disclosures are material or required by law, and fully deny any violation of law or of any duty of any kind and expressly maintain that they diligently complied with any applicable law or duty. Without admitting any wrongdoing or conceding that the Actions have any merit, Defendants acknowledge that the prosecution of the Actions and discussions with counsel for Plaintiffs were the cause of the decision to make the Supplemental Disclosures. The Supplemental Disclosures were issued in order to alleviate the costs, risks and uncertainties inherent in litigation and to provide additional information to Patheon's shareholders;

**WHEREAS**, Plaintiff Ma agrees that as a result of the Supplemental Disclosures the disclosure issues related to the Recommendation Statement identified in her complaint have become moot;

**WHEREAS**, no compensation in any form has passed to Plaintiffs or their counsel and no promise, understanding, or agreement to give any compensation has been made; and

**WHEREAS**, no class has been certified in any of the Actions;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties:

1. Plaintiff Ma shall not attempt to enjoin, prevent or disrupt the close of the Tender Offer or the Proposed Transaction in any way;

2. The above-captioned action is dismissed pursuant to Federal Rule of Civil Procedure 41(a) with prejudice as to plaintiff Ma and without prejudice as to the other members of the putative class; and

3. Any disputed claim for attorneys' fees or expenses will be jointly made by all counsel for the Plaintiffs in the Actions, and filed in the action captioned *Phillips v. Patheon N.V. et al.*, C.A. No. 1:17-cv-04604-VEC.

Dated: July 20, 2017

_____
Christopher J. Kupka
LEVI & KORSINSKY, LLP
30 Broad Street, 24th Floor
New York, NY 10004
Tel.:  (212) 363-7500
Fax:   (212) 363-7171

Donald J. Enright (to be admitted *pro hac vice*)
Elizabeth K. Tripodi (to be admitted *pro hac vice*)
LEVI & KORSINSKY, LLP
1101 30th Street, N.W., Suite 115
Washington, D.C. 20007
Tel.:  (202) 524-4290
Fax:   (202) 337-1567

*Attorneys for Plaintiff*

_____
Jay B. Kasner
Robert A. Fumerton
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel.:  (212) 735-3000
Fax:   (212) 735-2000

*Attorneys for Defendants Patheon N.V., Daniel Agroskin, Charles Cogut, Pamela Daley, Philip Eykerman, Hans Peter Hasler, William B. Hayes, Paul S. Levy, Jeffrey P. McMullen, James C. Mullen, Stephan Tanda, Gary Pisano and Hugh Welsh*

SO ORDERED.

*signature*
7/21/2017

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

The Clerk of Court is respectfully directed to close this case.

4

SO ORDERED this _____ day of _____, 2017

_____
Honorable Valerie E. Caproni
United States District Judge